1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JEFFREY S. RANEN, SB# 224285
2      E-Mail: Jeffrey.Ranen@lewisbrisbois.com
   DANIEL D. SPENCER, SB# 292078
3      E-Mail: Daniel.Spencer@lewisbrisbois.com
   KELLEY M. FOX, SB# 309272
4      E-Mail: Kelley.Fox@lewisbrisbois.com
   633 West 5th Street, Suite 4000
5  Los Angeles, California 90071
   Telephone: 213.250.1800
6  Facsimile: 213.250.7900

7  Attorneys for Defendant Belmont Village, L.P.

8

9                   UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  MARTHA BACCHUS, on behalf of herself and all others similarly situated, | Case No. 2:22-cv-02379 |
| 13      Plaintiffs, | **[CLASS ACTION]** |
| 14  vs. | |
| 15  BELMONT VILLAGE, L.P., a Delaware limited partnership; and DOES 1 through 100, Inclusive, | **DEFENDANT BELMONT VILLAGE, L.P.'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |
| 16 | The Hon. George H. Wu |
| 17      Defendants. | |
| 18 | Action Filed:  February 22, 2022 |
| 19 | Trial Date:    None Set |

20      **TO THIS HONORABLE COURT, PLAINTIFF, AND HER**
21  **ATTORNEYS OF RECORD**:
22      Pursuant to Local Rule 83-1.4, Defendant Belmont Village, L.P.
23  ("Defendant") submits this Notice of Pendency of Other Actions or Proceedings to
24  notify the Court that the following civil actions are related to the instant case and
25  involve a material part of the subject matter:
26  / / /
27  / / /
28  / / /

4888-1662-5946.1

DEFENDANT BELMONT VILLAGE, L.P.'S NOTICE OF PENDENCY OF OTHER ACTIONS OR
PROCEEDINGS AND REQUEST TO STAY THIS ACTION

| Case Name | Court | Parties | Plaintiff's Attorneys |
|---|---|---|---|
| Fatima Goodarzi v. Belmont Village, L.P., et al. | Los Angeles County Superior Court, Case No. 20STCV15572 | Plaintiff: Fatima Goodarzi<br><br>Defendant: Belmont Village, L.P. | Capstone Law APC<br>1875 Century Park East Suite 1000<br>Los Angeles, CA 90067<br>(310)556-4811 |
| Marianita Yadao v. Belmont Village, L.P. | Los Angeles County Superior Court, Case No. 20STCV22064 | Plaintiff: Marianita Yadao<br><br>Defendant: Belmont Village, L.P. | Diversity Law Group PC<br>515 South Figueroa Street Suite 1250<br>Los Angeles, CA 90071<br>(213)488-6555 |

All three of these matters are putative class action lawsuits in which the plaintiffs are pursuing overlapping claims on behalf of Defendant's non-exempt employees in California for, among other things, unpaid wages, meal and rest period premiums, wage statement penalties, and waiting time penalties.  The Goodarzi case was filed on April 22, 2020 in state court and is the first-filed matter.  The Yadao case was filed on June 8, 2020 in state court and was filed second.  The Bacchus case was filed in state court on February 22, 2022 and was filed third.  All three cases were removed from the Los Angeles County Superior Court to the United States District Court for the Central District of California based on the Class Action Fairness Act.

On August 10, 2020, the United States District Court for the Central District of California consolidated the Goodarzi and the Yadao actions for all purposes.  On February 23, 2022, the parties in the Goodarzi and the Yadao actions participated in a mediation with experienced employment mediator Jeffrey A. Ross, Esq.  At the conclusion of the mediation, the parties negotiated the terms of a complete settlement of the Goodarzi and Yadao class and PAGA claims.  As a term of the settlement, the parties agreed to remand the Goodarzi and the Yadao cases to the

Los Angeles Superior Court.  The Goodarzi case was remanded on March 29, 2022.  The Yadao case was remanded to the Los Angeles Superior Court on April 14, 2022.

In light of the foregoing, Defendant respectfully notifies the Court that the Bacchus class action is related to the Goodarzi and the Yadao class actions.

DATED:  April 26, 2022        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     /s/ Kelley M. Fox
Jeffrey S. Ranen
Daniel D. Spencer
Kelley M. Fox
Attorneys for Defendant Belmont Village, L.P.



4888-1662-5946.1

3

DEFENDANT BELMONT VILLAGE, L.P.'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS