UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARTHA BACCHUS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BELMONT VILLAGE, L.P., a Delaware limited partnership; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-02379-GW-AS<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION REQUESTING DISMISSAL OF ACTION |

92032695.1

ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION

# [~~PROPOSED~~] ORDER

The Court has reviewed the Rule 41 Stipulation For Dismissal of Action pursuant to F.R.C.P. 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff MARTHA BACCHUS ("Plaintiff") and Defendant BELMONT VILLAGE, L.P. ("Defendant") (collectively, the "Parties").

The Parties' Stipulation requesting dismissal, with prejudice, of Plaintiff's individual claims asserted in the action, as well as dismissal, without prejudice, of the remaining class action and representative claims, is hereby GRANTED. Each party will bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  March 17, 2023

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

92032695.1

1

**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION**

<u>Martha Bacchus v. Belmont Village, L.P., et al.</u>
United States District Court - Central District of California
Court Case number: 2:22-cv-02379-GW-AS

I, Alejandra Beltran the undersigned, declare that I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 8822 West Olympic Boulevard, Beverly Hills, California 90211.

On March 16, 2023, I served the following document(s) described as:

**[PROPOSED] ORDER GRANTING STIPULATION REQUESTING DISMISSAL OF ACTION**

Jeffrey S. Ranen, Esq.
Daniel D. Spencer, Esq.
Kelley M. Fox, Esq.
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071

The above document(s) were served on the interested parties in this action as follows:

*All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-reference case number.*

BY ELECTRONIC MAIL: As follows: I am readily familiar with our office's practice of electronic mail transmission; on this date the document enumerated above was transmitted by electronic mail transmission and that the transmission was reported as complete and delivered, and without error.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this Proof of Service was executed on March 16, 2023, at Beverly Hills, California.

                                           */s/ Alejandra Beltran*
                                           Alejandra Beltran